IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CROSSAN D. HOOVER, JR.,

    Petitioner,                    No. 2: 10-cv-1447 WBS KJN P

    vs.

G. SWARTHOUT, et al.,

    Respondents.                 ORDER

_____/

        On September 21, 2010, respondents filed a motion to dismiss. On October 8, 2010, respondents filed a request to withdraw the motion to dismiss on grounds that it was filed in error. Respondents request permission to file an answer to the petition.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondents' October 8, 2010 request to withdraw the motion to dismiss is granted; the motion to dismiss (Dkt. No. 12) is withdrawn;

        2. Within thirty days of the date of this order, respondents shall file an answer to the petition; petitioner's reply, if any, to the answer is due within thirty days thereafter.

DATED: October 19, 2010

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

ho1447.mtd